GIBSON, DUNN & CRUTCHER LLP
GARETH T. EVANS, SBN 138992
GEvans@Gibsondunn.com
ANDREW Z. EDELSTEIN, SBN 218023
AEdelstein@Gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Defendants
Capital Research and Management
Company and American Funds
Distributors, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SUSAN E. BECK ON BEHALF OF WASHINGTON MUTUAL INVESTORS FUND, INC., <br><br> Plaintiff, <br><br> v. <br><br> CAPITAL RESEARCH AND MANAGEMENT COMPANY AND AMERICAN FUNDS DISTRIBUTORS, INC., <br><br> Defendants. | CASE NO. 09-5627 GAF (RNBx) <br><br> **JOINT STIPULATION FOR STAY** <br><br><br> Judge:   Hon. Gary A. Feess <br> Place:   Courtroom 740 |

Gibson, Dunn &
Crutcher LLP

1        WHEREAS, Plaintiff filed his initial complaint (the "Complaint") in this action

2    on July 31, 2009 (the "<u>Beck</u>" action);

3        WHEREAS, the Complaint was ultimately transferred on September 2, 2009, to

4    Judge Gary A. Feess, as a related case to <u>Korland v. Capital Research and</u>

5    <u>Management Co. et al.</u>, Case No. CV 08-04020 GAF (RNBx) ("<u>Beck</u>") (Beck Dkt.

6    No. 14);

7        WHEREAS, on April 16, 2009, this Court granted a Joint Stipulation For Stay

8    in <u>Korland</u> whereby <u>Korland</u> was stayed pending the disposition of <u>In re American</u>

9    <u>Mutual Funds Fee Litigation</u>, Master File CV-04-5593 (GAF) (RNBx) (also known as

10   the "<u>Corbi</u>" litigation), a case tried in August 2009;

11       WHEREAS the <u>Beck</u> Complaint is nearly identical to the <u>Korland</u> complaint,

12   involves the exact same parties, and seeks identical relief (albeit with respect to

13   different mutual funds in the same American Funds complex); Plaintiff and

14   Defendants agree that the interests of judicial economy would best be served if the

15   <u>Beck</u> action was stayed on the same terms as the <u>Korland</u> action (*See* <u>Korland</u> Dkt.

16   No. 57) until the issues raised in the <u>Corbi</u> case are resolved;

17       NOW THEREFORE, the parties hereby stipulate (1) that the <u>Beck</u> action is

18   stayed until one of the following events occurs (thereby automatically terminating the

19   stay):

20             (a) The <u>Corbi</u> parties resolve that action through a binding settlement

21             agreement;

22             (b) The <u>Corbi</u> action is dismissed;

23             (c) A judgment after trial is reached in <u>Corbi</u>.

24       (2)  If the termination of the <u>Beck</u> stay is caused:  by (a) above, Defendants

25   shall have 30 days from the date of its execution to answer or otherwise move in <u>Beck</u>;

26   by (b) above, Defendants shall have 30 days from the date of dismissal to answer or

27   otherwise move in <u>Beck</u>; or by (c) above, Defendants shall have 45 days from the date

28   thereof to answer or otherwise move in <u>Beck</u>.

1    (3)  Defendants stipulate further that Plaintiffs may lift the stay at any time by

2   providing written notice to Defendants, after which Defendants shall have 45 days

3   from receipt of such notice to answer or otherwise move in Beck.

4

5   Respectfully submitted,

6   DATED: September 10, 2009

7                                             GIBSON, DUNN & CRUTCHER LLP

8

9                                             By:_____/s/_____

10                                                    ANDREW Z. EDELSTEIN

11                                            Attorneys for Defendants
                                              Capital Research and Management Company,
12                                            and American Funds Distributors, Inc.

13   Dated:  September 10, 2009

14                                            WOLF HALDENSTEIN ADLER
                                              FREEMAN & HERZ LLP

15                                            By:_____Betsy C Manifold /kjg_____

16                                                    BETSY C. MANIFOLD

17                                            Francis M. Gregorek
                                              Betsy C. Manifold
18                                            Rachele R. Rickert
                                              750 B Street, Suite 2770
19                                            San Diego, CA 92101
                                              (619) 239-4599 (Phone)
20                                            (619) 234-4599 (Facsimile)
                                              gregorek@whafh.com
21                                            manifold@whafh.com
                                              rickert@whafh.com

22                                            Daniel W. Krasner
                                              Robert B. Weintraub
23                                            270 Madison Ave.
                                              New York, NY 10016
24                                            (212) 545-4600 (Phone)
                                              (212) 545-4653 (Facsimile)
25                                            kranser@whafh.com
                                              weintraub@whafh.com
26

27                                            Attorneys for Plaintiff

28   100725058_1.DOC

Gibson, Dunn &
Crutcher LLP