| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | GARETH T. EVANS, SBN 138992<br>GEvans@Gibsondunn.com |
| 3 | ANDREW Z. EDELSTEIN, SBN 218023<br>AEdelstein@Gibsondunn.com |
| 4 | 333 South Grand Avenue<br>Los Angeles, California 90071-3197 |
| 5 | Telephone: (213) 229-7000<br>Facsimile: (213) 229-7520 |
| 6 | Attorneys for Defendants |
| 7 | CAPITAL RESEARCH AND<br>MANAGEMENT COMPANY AND |
| 8 | AMERICAN FUNDS DISTRIBUTORS,<br>INC. |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SUSAN E. BECK ON BEHALF OF WASHINGTON MUTUAL INVESTORS FUND, INC., | CASE NO. CV 09-5627 GAF (RNBx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR STAY** |
| Plaintiff, | Judge:   Hon. Gary A. Feess |
| v. | Place:   Courtroom 740 |
| CAPITAL RESEARCH AND MANAGEMENT COMPANY AND AMERICAN FUNDS DISTRIBUTORS, INC., | |
| Defendants. | |

Pursuant to the Joint Stipulation For Stay filed with the Court on September 10, 2009, **IT IS HEREBY ORDERED** that:

(1) This action is stayed until one of the following events occurs (thereby automatically terminating the stay):

    (a) The parties in <u>In re American Mutual Funds Fee Litigation</u>, Master File CV-04-5593 (GAF) (RNBx) (also known as the "<u>Corbi</u>" litigation) resolve that action through a binding settlement agreement;

    (b) The <u>Corbi</u> action is dismissed; or

    (c) A judgment after trial is reached in <u>Corbi</u>.

(2) If the termination of the stay is caused: by section (a) above, Defendants shall have 30 days from the date of its execution to answer or otherwise respond to the complaint in this action; by section (b) above, Defendants shall have 30 days from the date of dismissal to answer or otherwise respond to the complaint in this action; or by section (c) above, Defendants shall have 45 days from the date thereof to answer or otherwise respond to the complaint in this action.

(3) Plaintiffs may lift this stay at any time by providing written notice to Defendants, after which Defendants shall have 45 days from receipt of such notice to answer or otherwise respond to the complaint in this action.

Dated: September 11, 2009    _____
                                                    United States District Judge