LINKS:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-05627-GAF (RNBx) | Date | September 22, 2009 |
|---|---|---|---|
| Title | Susan E. Beck v. Capital Research and Management Company et al | | |

| Present: The Honorable | **GARY ALLEN FEESS**, UNITED STATES DISTRICT JUDGE |
|---|---|

| Renee Fisher | None | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     (In Chambers)

### ORDER TO SHOW CAUSE

Plaintiff's out of state attorneys DONALD W. KRASNER, and ROBERT B. WEINTRAUB ("Counsel") have failed to submit an Application of Non-Resident Attorney to Appear in a Specific Case, along with the $185.00 pro hac vice appearance fee.  Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** by the close of business on **Monday, October 19, 2009** why the Court should allow Counsel to represent Plaintiff before this Court.  Submission of a pro hac vice application with the appropriate fees will satisfy this Order.

IT IS SO ORDERED.