GIBSON, DUNN, & CRUTCHER LLP
GARETH T. EVANS, SBN 138992
ANDREW Z. EDELSTEIN, SBN 218023
333 S. Grand Avenue, 46th Floor
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
e-mail: gevans@gibsondunn.com

MILBANK, TWEED, HADLEY &
 McCLOY LLP
JAMES N. BENEDICT, *Pro Hac Vice*
SEAN M. MURPHY, *Pro Hac Vice*
C. NEIL GRAY, *Pro Hac Vice*
L. ANTHONY PELLEGRINO, *Pro Hac Vice*
One Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000
e-mail: jbenedict@milbank.com

Attorneys for Defendants
Capital Research and Management Company
and American Funds Distributors, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SUSAN E. BECK ON BEHALF OF WASHINGTON MUTUAL INVESTORS FUND, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL RESEARCH AND MANAGEMENT COMPANY AND AMERICAN FUNDS DISTRIBUTORS, INC.,<br><br>Defendants. | Case No. 09-5627 GAF (RNBx)<br><br>**JOINT STIPULATION FOR CONTINUED STAY**<br><br>Judge:   Hon. Gary A. Feess<br>Place:   Courtroom 740<br>           255 E. Temple Street<br>           Los Angeles, CA 90012 |

1  WHEREAS, Plaintiff filed his initial complaint (the "Complaint") in this action
2  on July 31, 2009 (the "Beck" action);
3  WHEREAS, the Complaint was ultimately transferred on September 2, 2009, to
4  Judge Gary A. Feess, as a related case to Korland v. Capital Research and
5  Management Co. et al., Case No. CV 08-04020 GAF (RNBx) (the "Korland" action)
6  (Beck Dkt. No. 14);
7  WHEREAS, a Joint Stipulation For Stay of the Beck action was granted by this
8  Court on September 11, 2009, pending the disposition of In re American Mutual Funds
9  Fee Litigation, Master File No. CV-04-5593 (GAF) (RNBx) (also known as the
10 "Corbi" litigation);
11 WHEREAS the Complaint seeks to recover allegedly excessive and
12 disproportionate Rule 12b-1 fees and investment advisory fees on behalf of the
13 Washington Mutual Investors Fund, Inc. (*See* Complaint ¶ 3);
14 WHEREAS the Corbi Fourth Amended Complaint also sought to recover
15 allegedly excessive and disproportionate Rule 12b-1 and advisory fees on behalf of
16 eight of the mutual funds advised by Defendants (but does not allege claims against
17 Washington Mutual Investors Fund, Inc.) (*See* Corbi Fourth Amended Compl. ¶ 1);
18 WHEREAS, the Corbi action was tried in August 2009;
19 WHEREAS judgment for the Defendants was entered in the Corbi litigation on
20 January 13, 2010 (Corbi Dkt. No. 585);
21 WHEREAS the stay is scheduled to terminate automatically on March 1, 2010,
22 45 days from the date that judgment was entered in Corbi, in accordance with the Joint
23 Stipulation for Stay;
24 WHEREAS, the Corbi Plaintiffs filed a Notice of Appeal to the United States
25 Court of Appeals for the Ninth Circuit on February 11, 2010 (Corbi Dkt. No. 590);
26 WHEREAS, the Supreme Court will be considering issues related to the
27 Gartenberg standard in Jones v. Harris, No. 08-586 (oral argument heard on Nov. 2,
28 2009);

WHEREAS, the Corbi Plaintiffs have stated that they will file a motion to stay their appeal pending the Supreme Court's decision in Jones v. Harris, No. 08-586. (*See* United States Court of Appeals for Ninth Circuit, Civil Appeals Docketing Statement, Corbi Dkt. No. 592);

WHEREAS, given that Corbi and Beck are related cases; Plaintiff and Defendants have met and conferred to discuss the upcoming Corbi appeal and the pending decision in Jones v. Harris and agree that the interests of judicial economy would best be served if the Beck action were stayed until both the Corbi appeal is resolved and the Supreme Court issues a decision in Jones v. Harris, No. 08-586;

NOW THEREFORE, the parties hereby stipulate (1) that the Beck action is stayed until the later of the following events occurs (thereby automatically terminating the stay):

(a) The Corbi appeal is resolved; and

(b) The Supreme Court issues a decision in Jones v. Harris, No. 08-586.

(2) After both of the above events occur Defendants shall have 45 days from the date thereof to answer or otherwise move in Beck.

(3) Defendants stipulate further that Plaintiffs may lift the stay at any time by providing written notice to Defendants, after which Defendants shall have 45 days from receipt of such notice to answer or otherwise move in Beck.

DATED: February 18, 2010

                                        Respectfully submitted
                                        GIBSON, DUNN & CRUTCHER LLP

                                        By: ___/s/_ Andrew Z. Edelstein_____
                                            ANDREW Z. EDELSTEIN

MILBANK, TWEED, HADLEY &
 McCLOY LLP

Attorneys for Defendants
Capital Research and Management Company, and
American Funds Distributors, Inc.

DATED:  February 18, 2010    WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

___/s/_ Robert B. Weintraub_____
Daniel W. Krasner
Robert B. Weintraub
270 Madison Ave.
New York, NY 10016
(212) 545-4600 (Phone)
(212) 545-4653 (Facsimile)
kranser@whafh.com
weintraub@whafh.com

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
Francis M. Gregorek
Betsy C. Manifold
Rachele R. Rickert
750 B Street, Suite 2770
San Diego, CA 92101
(619) 239-4599 (Phone)
(619) 234-4599 (Facsimile)
gregorek@whafh.com
manifold@whafh.com
rickert@whafh.com

Attorneys for Plaintiff