WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
750 B Street, Suite 2770
San Diego, CA 92101
Telephone:   619/239-4599
Facsimile:    619/234-4599

DANIEL W. KRASNER
krasner@whafh.com
ROBERT B. WEINTRAUB
weintraub@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016
Telephone:   212/545-4600
Facsimile:    212/545-4653

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SUSAN E. BECK, ON BEHALF OF WASHINGTON MUTUAL INVESTORS FUND, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CAPITAL RESEARCH AND MANAGEMENT COMPANY AND AMERICAN FUNDS DISTRIBUTORS, INC. <br><br> Defendant(s). | Case No.  CV 09-5627 GAF (RNBx) <br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br><br> Judge:   Hon. Gary A. Feess <br> Place:   Courtroom 740 <br>            255 E. Temple Street <br>            Los Angeles, CA  90012 |

Plaintiff herein, by her undersigned counsel, voluntarily dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

DATED: January 6, 2011

Respectfully submitted

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP

   /s/  Robert B. Weintraub
DANIEL W. KRASNER
ROBERT B. WEINTRAUB
270 Madison Ave.
New York, NY 10016
Telephone:  212/545-4600
Facsimile:   212/545-4653
kranser@whafh.com
weintraub@whafh.com

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT
750 B Street, Suite 2770
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:   619/234-4599
gregorek@whafh.com
manifold@whafh.com
rickert@whafh.com

Attorneys for Plaintiff

676150v2